# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**HOWARD COHAN,**

      **Plaintiff,**

**v.**        **Case No: 6:22-cv-1530-PGB-DAB**

**CRACKER BARREL OLD COUNTRY STORE, INC.,**

      **Defendant.**

_____/

## ORDER

This cause is before the Court on the parties' Joint Motion to Dismiss Action With Prejudice, which the Court construes as a Joint Stipulation of Dismissal with Prejudice, filed February 13, 2023. (Doc. 18). The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), so the Court accordingly **GRANTS** the Motion. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant Cracker Barrel Old Country Store, Inc. are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on February 14, 2023.

_____
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties